UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUISIANA FARM BUREAU MUTUAL INSURANCE COMPANY** | ***CIVIL NO. 06-254** |
| **VERSUS** | ***MAGISTRATE JUDGE HILL** |
| **VISIONTAC, INC., ET AL.** | ***BY CONSENT OF THE PARTIES** |

### ORDER

　　　Before the court is the Motion to Dismiss Third Party Complaint filed by third party defendant, LTV Wholesale & Importer, LLC. ("LTV"). [rec. doc. 34]. Pursuant to this court's April 25, 2007 Order, third party plaintiff, Visiontac, Inc. ("Visiontac"), has filed a Rule 41(a)(1) Notice of Voluntary Dismissal dismissing the third party demand it filed against third party defendant, LTV, without prejudice. [*See* rec. doc. 38]. No opposition has been filed to the Notice of Voluntary Dismissal. Accordingly;

　　**IT IS ORDERED** that the third party demand filed by Visiontac, Inc. against LTV Wholesale & Importer, LLC is **dismissed without prejudice**.

　　**IT IS FURTHER ORDERED** that the Motion to Dismiss Third Party Complaint [rec. doc. 34] is **denied as moot.**

　　Signed this 8th day of May, 2007, at Lafayette, Louisiana.

_C. Michael Hill_
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE